UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW BRACKLEY, et al.,<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant*. | Civil Action No. 26-2633 (JMC) |

**UNOPPOSED MOTION FOR EXTENSION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United States of America, by and through counsel, respectfully moves for a sixty-day extension of time, up to and including December 8, 2026, to answer or otherwise respond to the Complaint filed by Plaintiff in the above-captioned matter (ECF No. 1). Plaintiffs do not oppose the relief sought by this motion. In support of this motion, Defendant states as follows:

1. On July 27, 2026, Plaintiffs filed a complaint against Defendant. The U.S. Attorney's Office was served with the Complaint on August 10, 2026, making the current deadline to respond October 9, 2026.

2. Defendant is requesting an extension of sixty (60) days to the response deadline, to December 8, 2026.

3. Good cause exists to grant this motion. The Complaint contains nearly 350 separate allegations concerning five asserted counts of alleged Federal Tort Claims Act violations, and implicates several federal agencies. Undersigned counsel needs additional time to review the factual and legal issues involved, confer with and coordinate the response among agency counsel, and prepare an appropriate response to the Complaint.

4. Defendant requests this extension in good faith and not for the purpose of delay. Defendant acknowledges that this motion is being filed on the current response deadline and apologizes to the Court for failing to file this motion in advance of the existing response deadline.

5. This is the first extension requested by Defendant in this case.

6. No party will be prejudiced by the requested extension, and no other deadline in this matter will be affected by the requested extension.

7. Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel has been consulted and does not oppose the requested extension.

WHEREFORE, Defendant respectfully requests, unopposed, that the deadline to respond to the Complaint be extended through and including December 8, 2026. A proposed order is enclosed herewith.

Dated: October 9, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ David S. Bettwy_*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW BRACKLEY, et al.,<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant*. | Civil Action No. 26-2633 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the Complaint, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including December 8, 2026, to answer or otherwise respond to the Complaint.

SO ORDERED this _______ day of ________________, 2026.

______________________________
JIA M. COBB
United States District Judge